1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIHA SVANG, | ) | Case No. SACV 16-1158 BRO(JC) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND |
| | ) | RECOMMENDATIONS OF UNITED |
| LORETTA LYNCH, et al., | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that this action is dismissed as moot. The Clerk shall enter judgment accordingly.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondents.

IT IS SO ORDERED.

DATED: October 26, 2016



_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE