1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIHA SVANG, | ) | Case No. SACV 16-1158 BRO(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LORETTA LYNCH, et al., | ) | |
| Respondents | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed.

DATED: October 26, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE